# EXHIBIT 1

Cami M. Perkins, Esq.
Nevada Bar No. 9149
Steven E. Kish III, Esq.
Nevada Bar No. 15257
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
Email: cp@h2law.com
Email: sek@h2law.com

*Attorneys for Defendants Nationwide Capital Services, LLC and Anthony Guadagna*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Natlie Hankerson,<br><br>           Plaintiff,<br><br>vs.<br><br>Nationwide Capital Services, LLC d/b/a Structured Settlement, and Anthony Guadagna,<br><br>           Defendants. | Case No. 2:21-cv-01229-JCM-BNW<br><br>**OFFER OF JUDGMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE pursuant to the provisions of FRCP 68 and NRS 17.117, Defendants, Nationwide Capital Services dba Structured Settlement and Anthony Guadagna ("Defendant"), hereby makes this Offer to Compromise this claim as follows:

1. Wherein a judgment of dismissal with prejudice shall be entered as to all claims by Plaintiff, Natlie Hankerson ("Plaintiff"), in the above-entitled action, in exchange for (i) payment by Defendants to Plaintiff within five (5) business days in the amount of $3,000.00 (Three Thousand Dollars and Zero Cents); (ii) waiver of the debt allegedly owed by Plaintiff in this action; (iii) if applicable and within Defendant's capability to effectuate, deletion of the debt allegedly owed by Plaintiff in this action from Plaintiff's credit report; and (iv) an executed W-9 from Plaintiff's counsel of record in this action.

/ / /

This Offer to Compromise is made for the purposes specified in FRCP 68 and NRS 17.117 and is only as a compromise between said parties. This Offer is not intended to be, nor should it be construed as an admission Defendants are liable in this action, or the Plaintiff(s) are entitled to relief, including, but not limited to, an award of damages, attorneys' fees, costs, or interest. Further Defendants waive no defenses by virtue of this Offer.

This Offer is made with the following conditions:

1. This Offer is conditioned upon the acceptance by all parties to whom the Offer is directed;
2. This Offer includes a waiver by Plaintiff(s) of any rights they may have to recover costs, attorneys' fees or interest against Defendants;
3. If accepted, dismissal with prejudice shall be executed and filed in lieu of any judgment;
4. Upon acceptance, Plaintiff(s) will execute a stipulation to dismiss this matter as to Defendants with prejudice; and
5. This Offer is conditioned on acceptance in its entirety.

This Offer will expire fourteen (14) days after the date of its service upon Plaintiff(s).

Dated: April 11, 2022

**HOWARD & HOWARD ATTORNEYS PLLC**

By: /s/ Cami M. Perkins
Cami M. Perkins, Esq.
Steven E. Kish III, Esq.
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify on April 11, 2022, I caused a true and accurate copy of the foregoing document entitled, **OFFER OF JUDGMENT**, to be served First-Class United States mail, postage prepaid, and electronic mail upon the following counsel of record:

Steven A. Alpert, Esq.
Susan A. Rotkis, Esq.
PRICE LAW GROUP, APC
5940 S. Rainbow Blvd.
Las Vegas, NV 89118
T: 702-794-2008
F: 866-401-1457
alpert@pricelawgroup.com
susan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Natlie Hankerson*

I declare under penalty of perjury under the laws of the State of Nevada the above is true and correct.

Dated April 11, 2022

*/s/ Joshua Daor*
HOWARD & HOWARD ATTORNEYS PLLC